United States District Court
Southern District of Texas
FILED
MAY 2 4 2010
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 4:10-CV-01378 |
| | : | |
| vs. | : | |
| | : | |
| $50,203.00 IN U.S. CURRENCY | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**CLAIM AND STATEMENT OF INTEREST UNDER RULE 6 OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS**

MICHELI MICELI ("Claimant"), submits this Claim and Statement of Interest ("Claim") in and to the above-referenced property that is the subject of this proceeding.

This Claim is timely filed within thirty-five days since the date of the <u>Notice of Complaint for Forfeiture In Rem Pursuant to Rule G(4)(b), Supplemental Rules for Certain Admiralty and Maritime Claims of Civil Procedure</u> ("Notice of Complaint"). The Notice of Complaint is dated May 3, 2010.

The property seized by agents of the U.S. Customs and Border Protection ("CBP") and the subject of this Claim, is described as follows:

1. $50,000.00 of the $50,203.00 in U.S. currency seized was the property of the Claimant as the funds were obtained through the sale of property which is part of the marital estate of Micheli Miceli which in turn was to be used to satisfy marital debts.

2. The $203.00 of the $50,203.00 seized are also the property of the Claimant as this was the money that remained from the $400.00 that Mr. Miceli had brought with him to Argentina as spending money during his travel.

3. Claimant herein makes its Claim and Statement of Interest in the $50,203.00 U.S. Currency seized by agents of CBP on or about April 12, 2010 and those

are the same amounts identified in the Notice of Complaint dated May 3, 2010.

4. The seized currency is not, and is not traceable to, the proceeds of any criminal activity.

Under penalty of perjury, I, MICHELI MICELI do solemnly swear that the contents of this Claim are true and correct to the best of my knowledge.

MAY 20, 2010
Date

MICHELI MICELI
27 Commonwealth Road
Kenilworth, New Jersey  07033
Phone:  908.868.5226

SUBSCRIBED AND SWORN TO ME BEFORE THIS 20th day of May, 2010.

FERDINANDO M. PUGLIESE
Attorney At Law, State of New Jersey

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Claimant's claim for ceased property was mailed via Certified Mail return receipt requested to United States District Court, 515 Rusk, Houston, Texas 77002 Via c.m.r.r.r. # 70081140 0003 0835 7900 and forwarded to Assistant U.S. Attorney, Albert Ratliff, by was of regular mail and email, on the 20 day of May, 2010.

FERDINANDO M. PUGLIESE
Attorney for Claimant