UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-cv-01378 |
| | § | |
| $50,203.00 IN U.S. CURRENCY, | § | |
| Defendant, | § | |

## AGREED ORDER OF FORFEITURE AND FINAL JUDGMENT

The agreed United States' motion for a final judgment of forfeiture is granted. The Court finds that there was reasonable cause for the seizure of Defendant in rem $50,203.00 under 28 U.S.C. §2465(a)(2). It is ORDERED that:

1. $25,101.50 of Defendant in rem is forfeited to the United States. The United States Department of Homeland Security shall dispose of these funds;

2. The United States Department of Homeland Security shall return to Micheli Miceli, Claimant, $25,101.50 of Defendant in rem (less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect) by sending a

check payable to Micheli Miceli, c/o Ferdinando Michael Pugliese, Esq., 503 Washington Ave, Kenilworth, NJ 07033;

3. The Claimant will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action;

4. All parties will bear their costs including attorneys' fees; and

5. Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on Aug. 4, 2010

Kenneth M. Hoyt
United States District Judge

Agreed as to form and substance:

Micheli Miceli, Claimant

Ferdinando Michael Pugliese, Esq.
Attorney for Claimant

s/ Albert Ratliff
Albert Ratliff, Assistant U.S. Attorney